**Order entered October 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00770-CV

**DOW JONES & COMPANY, INC., Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., AND PATRICK DAUGHERTY,**
**Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04005**

## ORDER

Before the Court is appellee Highland Capital Management, L.P.'s October 16, 2018 Unopposed Motion for Leave to File Response to Notice of Supplemental Authority. We **GRANT** the Motion and **ORDER** that the response we received on October 16, 2018 is filed as of the date of this order.

/s/     DAVID J. SCHENCK
JUSTICE